IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE LINDA MERRITT<br><br>*Debtor*<br><br>LINDA MERRITT<br><br>*Appellant*<br><br>v.<br><br>R&R CAPITAL LLC and FTP CAPITAL, LLC.<br><br>*Appellees* | CHAPTER 13<br>CASE NO. 11-18134<br><br><br>CIVIL ACTION<br>NO. 15-01855 |

## ORDER

**AND NOW**, this 10th day of March, 2016, upon consideration of the Bankruptcy Court's Order dated March 26, 2015, Appellant Linda Merritt's ("Merritt") Brief (ECF No. 10), Appellee R&R Capital LLC and FTP Capital LLC's Response (ECF No. 12), Merritt's Reply (ECF No. 13), and oral argument on February 19, 2016 (ECF No. 15), it is hereby **ORDERED** that the Bankruptcy Court's March 26, 2015 Order is **AFFIRMED**. The Clerk of Court is directed to close this case.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.

1